# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. **06-20335-CR-GRAHAM** MAGISTRATE JUDGE O'SULLIVAN

IN RE SEALED INDICTMENT
_____ /

FILED by _____ D.C.
MAG. SEC.

MAY 3 0 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. ; MIAMI

## MOTION TO SEAL

NOW COMES the United States of America, by and through its undersigned attorney, and respectfully requests that with the exception of those copies to be provided to the United States Attorney's Office for use in the extradition process, the attached indictment and arrest warrants be SEALED until arrest of the first defendant, or further order of the Court, for the reason that the named defendants may flee and the integrity of the ongoing investigation may be compromised. In addition, many of the named defendants are foreign nationals who are currently residing outside of the United States. If this indictment is not sealed, these defendants may flee or restrict their international travel. Moreover, revealing the existence of the charges before the defendants are in custody would likely make apparent to the defendants the identities of confidential informants and cooperating witnesses, thus endangering these individuals and/or their family members. Should further information be required, the United States is prepared to respond in camera.

Respectfully submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

By: _____
MARKENZY LAPOINTE
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0172601
99 NE 4th Street
Miami, FL 33132-2111
(305) 961-9118 Office
(305) 536-7213 Facsimile
mark.lapointe@usdoj.gov