UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-20335-CR-GRAHAM/O'SULLIVAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN PETERS,
DONALD MILLER,
NATE THOMPSON,
CURTIS MOSS,   and
JASON LNU,"

    Defendants.
_____/

## BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney for the Southern District of Florida, and states:

In the Forfeiture Allegation of the Indictment filed in this case, the United States seeks forfeiture of property pursuant to Title 21, United States Code, Section 853.

The United States hereby gives notice that, upon conviction of **defendants Curtis Moss and Nate Thompson** of any of the violations alleged in Counts 1 through 7 of the Indictment, the United States will seek forfeiture, pursuant to Title 21, United States Code, Section 853, of the following property: **Approximately $2,759.00 in United States Currency seized from defendants Curtis Moss and Nate Thompson, on or about April 6, 2006.**

        Respectfully submitted,

        R. ALEXANDER ACOSTA
        UNITED STATES ATTORNEY


BY:   s/ Arimentha R. Walkins
       ARIMENTHA R. WALKINS
       ASSISTANT U.S. ATTORNEY
       Fla. Bar No. 0897787
       99 NE Fourth Street, 67th Floor
       Miami, Florida 33132-2111
       Tel: (305) 961-9091
       Fax: (305) 536-7599


## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on February 20, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.


        s/Arimentha R. Walkins
        ARIMENTHA R. WALKINS
        ASSISTANT U.S. ATTORNEY