ARW:plt

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   06-20335-CR-GRAHAM/O'SULLIVAN

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JOHN PETERS,
DONALD MILLER,
NATE THOMPSON,
CURTIS MOSS, and
JASON LNU,"

       Defendants.
                                       /

## MOTION OF THE UNITED STATES
## FOR ENTRY OF PROTECTIVE ORDER

The United States, pursuant to Title 18, United States Code, Sections 983(a)(1)(A)(iii)(II) and 983(a)(3)(C) and Title 21, United States Code, Section 853(e)(1)(A), hereby moves for the entry of a protective order which attaches the jurisdiction of this Court in this criminal action to certain property named for forfeiture in the Indictment (DE #3) in this matter, as supplemented by the Bill of Particulars filed on February 20, 2007.  The property to which this motion refers (hereinafter referred to specifically or as "the property") is as follows:

**Approximately $2,759.00 in United States currency.**

The property has been named in the Bill of Particulars filed in this matter as subject to forfeiture in this criminal action.  The United States currently has custody of the property.  The

property is subject to pending administrative forfeiture notice and claim proceedings under Title 18, United States Code, Section 983.

The United States seeks to maintain custody of the property and to have jurisdiction over the forfeiture of the same attach in this criminal action in conformity with the applicable provisions of the Civil Asset Forfeiture Reform Act of 2000, codified at Title 18, United States Code, Section 983(a).

The United States is entitled to the protective order pursuant to Title 21, United States Code, Section 853(e)(1)(A) based on the fact that the property is named for forfeiture in the Indictment, as supplemented by the Bill of Particulars, which contains an allegation that, upon conviction, the property is subject to forfeiture and the requested order is necessary to bring the property under the exclusive jurisdiction of this Court for adjudication of forfeiture.

The Court is further respectfully referred to the Memorandum and proposed Order submitted in support of this motion.  As this is a motion seeking to add property for forfeiture in a criminal case and, since it seeks injunctive relief in the form of a statutory protective order, the Local Rule 88.9 pre-filing conference requirement is not applicable.

In consideration of the foregoing, the United States requests that its motion be granted and that a protective order in the form attached be entered.

        Respectfully submitted,

        R. ALEXANDER ACOSTA
        UNITED STATES ATTORNEY

By: s/ Arimentha R. Walkins
    ARIMENTHA R. WALKINS
    Assistant U.S. Attorney
    Fl.  Bar No.  0897787
    99 NE 4th Street, Suite 700
    Miami, Florida 33132-2111
    Tel: (305)   961-9091
    Fax: (305)  536-7599
    Arimentha.Walkins@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on February 20, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

        By:    s/ Arimentha R. Walkins
                  ARIMENTHA R. WALKINS
                  ASSISTANT U.S. ATTORNEY