UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 06-20335-CR-GRAHAM(2)

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DONALD MILLER,

    Defendant.
_____/

## MINUTE ORDER OF TRANSFER

This case is hereby transferred to the Clerk's suspended file until such time as the fugitive named above is apprehended.

**DONE AND ORDERED** at Miami, Florida, this 15th day of May, 2007.

                    CLARENCE MADDOX, COURT ADMINISTRATOR


              By: s/Clara Foster, Deputy Clerk


cc: Alex Soto, AUSA